UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACK JARRELL, MICHAEL PFIEFFER, and IRON WORKERS OF TENNESSEE VALLEY AND VICINITY ANNUITY FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>ROY BLACKWELL ENTERPRISES, INC., and ROY BLACKWELL,<br><br>    Defendants. | Civil Action No. 3:22-cv-00750<br><br>*Judge William L. Campbell, Jr.*<br>*Magistrate Judge Jeffery S. Frensley* |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT

The Clerk entered default against Roy Blackwell Enterprises, Inc. ("the Company") and Roy Blackwell ("Blackwell") (collectively "Defendants") in this action on December 22, 2022 (Docket Entry No. 13).

Pursuant to Fed. R. Civ. P. 55(b)(2), Jack Jarrell and Michael Pfieffer ("Trustees") and Iron Workers of Tennessee Valley and Vicinity Annuity Fund ("Plaintiff Fund") move the Court to enter default judgment against Defendant and Blackwell. The amount of the judgment requested is $5,636.50.

The default judgment should also convert the preliminary injunction (Docket Entry No. 19) to a permanent injunction.

In support of this motion, Trustees and Plaintiff Fund submit the Declaration of counsel, which authenticates the amount of $3,402 for attorney fees and costs, and the supplemental Declaration of Kimberly Reynolds affirming the outstanding amount of $2,234.50 for contributions, penalties and interest, *see* Exhibit B to Declaration of Kimberly Reynolds in

Support of Plaintiffs' Motion for Entry of Default Judgment by the Court. This is a total of $5,636.50.

A supporting memorandum demonstrates default judgment should be entered under Fed. R. Civ. P. 55(b)(2). The suggested form of an order granting the judgment is filed simultaneously for convenience of the Court.

Respectfully submitted,

 /s/ *R. Jan Jennings*
R. Jan Jennings, BPR No. 1536
Karla M. Campbell, BPR No. 027132
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel. (615) 254-8801
Email: janj@bsjfirm.com
Email: karlac@bsjfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via First-Class U.S. Mail, postage pre-paid, to:

| | |
|---|---|
| Roy Blackwell Enterprises, Inc. | Roy Blackwell |
| 250 Menefee Street | Roy Blackwell Enterprises, Inc. |
| Covington, TN 38019-2632 | 250 Menefee Street |
| | Covington, TN 38019-2632 |

Dated this 25th day of April 2023.

  /s/ *R. Jan Jennings*
R. Jan Jennings

4859-8305-4662, v. 1